UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFREY M. MIZE, | ) |
| | ) |
|     Plaintiffs, | ) |
| vs. | ) |
| | )   Case No.   4:23-cv-00913-SEP |
| STATE OF MISSOURI, et al. | ) |
| | ) |
|     Defendants. | ) |

## MOTION TO DISMISS

Defendant, the Circuit Court of St. Louis County, Missouri, by and through undersigned counsel, and for the reasons more fully briefs in the Suggestions in Support filed contemporaneously with this motion, moves the Court to dismiss Plaintiffs' claims against the Circuit Court of St. Louis County, Missouri under Fed. R. Civ. P. 12(b)(6). In support of this Motion, Defendant states to the Court as follows:

1. Plaintiff's petition fails to meet the rigorous pleading standards established by the Supreme Court in *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

2. Plaintiff's claims against the Circuit Court of St. Louis County, Missouri are barred by the Eleventh Amendment.

3. Plaintiff's claims against the Circuit Court of St. Louis County, Missouri are barred by the *Rooker-Feldman* Doctrine.

1

FOR THE FOREGOIND REASONS, Defendant, the Circuit Court of St. Louis County, Missouri asks the Court to dismiss all of Plaintiff's claims against it, and for all other orders the Court deems just and appropriate.

Respectfully submitted,

ANDREW BAILEY
Attorney General

/s/ Justin Mettlen
JUSTIN METTLEN
Assistant Attorney General
Missouri Bar Number 57780
Fletcher Daniels State Office Building
615 E. 13th Street, Suite 401
Kansas City, Missouri 64106
(816) 889-5000
Justin.Mettlen@ago.mo.gov

*Attorneys for the Circuit Court of St. Louis County, Missouri*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed with the Clerk of the Court for service upon all represented parties via the Court electronic filing system this 4th day of August, 2023, and mailed, postage prepaid to:

Jeffrey M. Mize
7635 W. Shore Drive
Egg Harbor, WI 54209

/s/ Justin Mettlen